AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **WALLACE SALERY** | ) | Case No: 2:00cr016-WHA-01 |
| | ) | USM No: 09373-002 |
| Date of Previous Judgment: 11/9/2000 | ) | Susan G. James |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  360  months **is reduced to**  206  months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 33 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
X  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X  Other (explain):  The recommended amended sentence consists of 206 months custody on Counts 1, 3, 4, 5, 6, 8, and 9, and 120 months custody on Count 12 and 13, all counts to run concurrently for a total sentence of 206 months.

**III. ADDITIONAL COMMENTS**
The Court has considered the factors set forth in 18 U.S.C. §3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.

Except as provided above, all provisions of the judgment dated  11/9/2000  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  October 27, 2009                                    /s/ W. Harold Albritton
                                                                              Judge's signature

Effective Date:  _____                     W. Harold Albritton, Senior U. S. District Judge
        (if different from order date)                                         Printed name and title